JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE VALENCIA, an individual,<br><br>        Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>        Defendants. | Case No: 2:20-cv-07648 JFW GJSx<br>Dist. Judge John F. Walter<br>Mag. Judge Gail J. Standish<br>Courtroom 7A<br><br>**JUDGMENT** |

On the stipulation of Plaintiff Rene Valencia ("Plaintiff") and Defendant Ford Motor Company ("Defendant"), and good cause showing, it is hereby ORDERED AND ADJUDGED AS FOLLOWS:

    1.   Plaintiff RENE VALENCIA ("Plaintiff"), will surrender the 2019 Ford Ranger, VIN 1FTER4EH4KLA56090 ("Subject Vehicle") with clear title, free and clear of all

liens and encumbrances, other than any outstanding loan amounts, which Ford will discharge by payment from the proceeds of the settlement that Plaintiff accepts pursuant to this offer. In light of the national pandemic due the Novel Coronavirus (COVID-19), Plaintiff will deliver the subject vehicle to Ford on a date, time and place mutually agreeable no later than 90 days after the entry of Judgment.

2. Ford will pay Plaintiff RENE VALENCIA ("Plaintiff") $57,902.00 for the Subject Vehicle. Ford will pay this amount within seven (7) days after Plaintiff delivers the Subject Vehicle to Ford.

3. In addition Ford Motor Company offers to pay reasonable costs, expenses and attorneys' fees based on actual time expended pursuant to Civil Code section 1794(d), in the amount of $8,500.

4. Ford will waive all claims it may have for costs and fees in this action.

5. The Court shall maintain continuing jurisdiction over this action and the parties for the purpose of enforcing this Judgment and for the purpose of enforcing the parties' Settlement Agreement.

**IT IS SO ORDERED.**

Date: January 12, 2021 _____
Honorable John F. Walter
Judge of the United States
District Court